CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Kevin Moreno-Mendoza<br>YOB: 2005; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07920MJ |

Complaint for violation of Title 8, United States Code Section 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 7, 2025, at or near Lukeville, in the District of Arizona, **Kevin Moreno-Mendoza**, an alien, enter the United States of America from Mexico at a time or place other than as assigned by immigration officials of the United States of America in violation of Title 8, United States Code Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Kevin Moreno-Mendoza** is a citizen of Mexico. On May 7, 2025, agents found **Kevin Moreno-Mendoza** in the United States at or near Lukeville, Arizona, without the proper immigration documents. **Kevin Moreno-Mendoza** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to apply for admission to the United States. Furthermore, **Kevin Moreno-Mendoza** admitted to illegally entering the United States of America from Mexico on or about May 7, 2025, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 8, 2025 |
|---|---|

[1]  See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
    Reviewing AUSA: Hopkins